# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:  
Jason B Weeden and  
Christina Loree Weeden

Case No.:10–51301

Debtor(s)

Chapter: 13

# NOTICE FOR OBJECTIONS

This matter comes before the Court regarding item(s) listed below:

*17* – Objection to Claim of HSBC Bank Nevada, NA Claim Number 8. Filed by Joint Debtor Christina Loree Weeden, Debtor Jason B Weeden (Attachments: # (1) Proposed Order) (Herbert, Marcus)

and the Court being sufficiently advised,

IT IS HEREBY ORDERED that responses, if any, be filed with the Clerk of the U.S. Bankruptcy Court on or before May 6, 2011. **Failure to file a response may result in the claim being disallowed without further notice or hearing.**

All responses shall be typewritten and in proper pleading form as required by the Federal Rules of Bankruptcy Procedure and you shall certify that you have mailed a copy of the response to the Attorney for the debtor.

A copy of said pleading is available for inspection and/or copying in the Clerk's Office.

A copy of this notice shall be mailed to the debtor(s), counsel for the debtor(s), the U.S. Trustee and to affected creditor(s) and parties in interest.

Dated: 4/15/11

By: de  
Deputy Clerk

FOR THE COURT  
Diane S. Robl  
Clerk, U.S. Bankruptcy Court